IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| YELLOWONE INVESTMENTS, an English Wales corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON COMMUNICATIONS, INC., a Delaware corporation, IDEARC INFORMATION SERVICES, INC., a Delaware corporation<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:06-CV-475 (TJW)<br>)<br>)  JURY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

    1.    Plaintiff represents to the Court that Defendant, IDEARC INFORMATION SERVICES, INC. was served with process on December 6, 2006, and that Defendant's counsel, Mr. Tim Durst, has acknowledged acceptance of service of summons on behalf of Defendant VERIZON COMMUNICATIONS, INC.  The parties have agreed to extend the date without waiving any defenses or any matters that might be presented pursuant to Federal Rule of Civil Procedure 12(b) or any other rule or law, to respond to Plaintiff's, YELLOWONE INVESTMENTS, Original Complaint and would respectfully show the Court as follows:

    2.    Defendants have requested and Plaintiff has agreed to an extension of time to respond in any manner whatsoever including answer, motion or other pleading of any type to

Plaintiff's Original Complaint. Specifically, the parties agree to an extension of time up to and including **February 9, 2007.**

    3.    A proposed Order granting this unopposed motion is attached for the Court's convenience.

DATED: December 19, 2006              Respectfully submitted,

                                            */s/ Melvin R. Wilcox, III*
                                            Melvin R. Wilcox, III
                                            Lead Attorney
                                            State Bar No. 21454800
                                            Smead Anderson & Dunn
                                            2110 Horseshoe Lane (75605)
                                            P.O. Box 3343
                                            Longview, Texas 75606
                                            Telephone: 903.232.1892
                                            Facsimile: 903.232.1889
                                            mrw@smeadlaw.com

                                            ATTORNEY FOR PLAINTIFF,
                                            YELLOWONE INVESTMENTS

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 19th day of December, 2006. Any other counsel of record will be served by first class U.S. mail.

                                            */s/ Melvin R. Wilcox, III*
                                            Melvin R. Wilcox, III