IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| YELLOWONE INVESTMENTS, an English Wales corporation,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., a Delaware corporation, IDEARC INFORMATION SERVICES, INC., a Delaware corporation<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:06-CV-475 (TJW)<br>)<br>) JURY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING
## UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S ORIGINAL COMPLAINT

The parties, without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(B) or any other rule or law, filed their unopposed motion to extend time for Defendants to respond to Plaintiff's, YELLOWONE INVESTMENT, Original Complaint until and through **February 9, 2007**. It is therefore,

ORDERED that Defendants have until and through **February 9, 2007,** to answer, move, or otherwise respond to Plaintiff's Original Complaint.