**Appendix K**                                                          Revised: 12/3/03

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT
2006 DEC 18 PM 4:04
EASTERN-MARSHALL
BY _____

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # __02-06-CV-475 TJW__

Style: __Yellowone Investments v. Verizon Communications, et al.__

2. Applicant is representing the following party/ies:
__Yellowone Investments__

3. Applicant was admitted to practice in __CA__ (state) on __1991__ (date)

4. Applicant is in good standing and is otherwise eligible to practice law before this court

5. Applicant is not currently suspended or disbarred in any other court

6. Applicant has/(has not) had an application for admission to practice before another court denied (please circle appropriate language) If so, give complete information on a separate page

7. Applicant has/(has not) ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page

8. Applicant has/(has not) been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle) If so, give complete information on a separate page

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant

11. Applicant has been admitted to practice in the following courts:
__Central, Northern & Southern Districts of CA; 8th & Federal Circuit Courts of Appeal; U.S. Supreme Court__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only

**Application Oath:**

I, __Michael K. Friedland__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __22 NOV 06__         Signature _____

| | |
|---|---|
| Name (please print) | Michael K. Friedland |
| State Bar Number | 157,217 (CA) |
| Firm Name: | Knobbe Martens Olson & Bear LLP |
| Address/P.O. Box: | 2040 Main Street, Fourteenth Floor |
| City/State/Zip: | Irvine, CA 92614 |
| Telephone #: | 949-760-0404 |
| Fax #: | 949-760-9502 |
| E-mail Address: | mfriedland@kmob.com |
| Secondary E-Mail Address: | |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this 10 day of Dec, 2006.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk