IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TGIP, INC., | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION 2:06cv105 RC |
| | § | |
| vs. | § | |
| | § | |
| AT&T CORP., | § | |
| VERIZON COMMUNICATIONS INC., | § | |
| BELL ATLANTIC COMMUNICATIONS, | § | |
| INC. d/b/a VERIZON LONG DISTANCE, | § | |
| VERIZON SELECT SERVICES, INC. | § | |
| MCI, INC., | § | JURY TRIAL REQUESTED |
| MCI COMMUNICATIONS SERVICES, | § | |
| INC. d/b/a MCI, | § | |
| MCI NETWORK SERVICES, INC., | § | |
| TELECONNECT LONG DISTANCE | § | |
| SERVICES & SYSTEMS COMPANY d/b/a | § | |
| TELECOM*USA, | § | |
| IDT CORPORATION, | § | |
| U.S. SOUTH COMMUNICATIONS, INC. | § | |
| d/b/a U.S. SOUTH and d/b/a INTERACTIVE | § | |
| COMMUNICATIONS INTERNATIONAL | § | |
| INC. a/k/a INCOMM, | § | |
| PRE HOLDINGS, INC., | § | |
| PRE SOLUTIONS, INC., | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFF TGIP, INC.'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT VERIZON COMMUNICATIONS INC.

Pursuant to Rule 41(a)(l)(i) of the Federal Rules of Civil Procedure, before service by Defendant Verizon Communications Inc. of an answer or a motion for summary judgment, Plaintiff TGIP, Inc. files this Notice of Dismissal of Defendant Verizon Communications Inc., and hereby dismisses its claims against Defendant Verizon Communications Inc. made in the above-referenced and numbered case. This dismissal is without prejudice.

**PLAINTIFF TGIP, INC.'S NOTICE OF DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT VERIZON COMMUNICATIONS INC.—PAGE 1**
Dallas 223356v1

Dockets.Justia.com

DATED: August 3, 2006

        Respectfully submitted,

        McKOOL SMITH, P.C.

        _/s/ Douglas A. Cawley_____
Douglas A. Cawley
Lead Attorney
Texas State Bar No. 04035500
300 Crescent Court, Suite 1500
Dallas, Texas 75201
dcawley@mckoolsmith.com
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Mike McKool, Jr.
Texas State Bar No. 13732100
mmckoolsmith@mckoolsmith.com
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
David Sochia
Texas State Bar No. 00797470
dsochia@mckoolsmith.com
Christopher T. Bovenkamp
Texas State Bar No. 24006877
cbovenkamp@mckoolsmith.com
Charles W. Miller
Texas State Bar No. 24007677
cmiller@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR PLAINTIFF TGIP, INC.**

## CERTIFICATE OF SERVICE

I, hereby certify that a copy of the foregoing Motion was electronically filed in compliance with Local Rule CV-5(a) and served upon all counsel of record on August 3, 2006

/s/ Charles Miller