## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| MYMAIL, LTD., | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION** |
| | § | |
| | § | **6:04-CV-189** |
| vs. | § | |
| | § | |
| AMERICA ONLINE, INC., et al. | § | **JURY TRIAL REQUESTED** |
| | § | |
| **Defendants.** | § | |

### PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE
### OF DEFENDANT VERIZON COMMUNICATIONS INC.

Pursuant to Rule 41(a)(l)(i) of the Federal Rules of Civil Procedure, before service by Defendant Verizon Communications Inc. of an answer or a motion for summary judgment, Plaintiff MyMail, Ltd., files this, its Notice of Dismissal Without Prejudice of Defendant Verizon Communications Inc., and hereby dismisses its claims against Defendant Verizon Communications Inc. made in the above-referenced and numbered case. This dismissal is without prejudice.

1



EXHIBIT

B

tabbies®

Dockets.Justia.com

DATED:  August 13, 2004.

Respectfully submitted,

**McKOOL SMITH, P.C.**


_/s/ Douglas A Cawley (w/p M. Harper)__
Douglas A. Cawley
Attorney In Charge
Texas State Bar No. 04035500
300 Crescent Court, Suite 1500
Dallas, Texas 75201
dcawley@mckoolsmith.com
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Mike McKool, Jr.
Texas State Bar No. 13732100
mmckool@mckoolsmith.com
Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Theodore Stevenson III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Matthew P. Harper
Texas State Bar No. 24037777
mharper@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR PLAINTIFF
MYMAIL,LTD.**

# CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing document was served on the following counsel via the Court's ECF system or by U.S. Mail on this 13th day of August 2004:

_/s/ Matthew P. Harper_____
Matthew P. Harper

**ATTORNEYS FOR AMERICA ONLINE, INC.**
Ruffin B. Cordell, Esq.
Lauren A. Degnan, Esq.
Andrew R. Kopsidas
Fish & Richardson P.C.
1425 K Street, NW
Washington, DC 20005
202-783-5070
202-783-2331 (fax)

Jack Wesley Hill, Esq.
Otis Carroll, Esq.
Ireland, Carroll & Kelley, P.C.
6101 South Broadway Avenue, Suite 500
Tyler, TX 75703
903-561-1600
903-581-1071 (fax)

**ATTORNEYS FOR AT&T CORP.**
Randall L. Sarosdy, Esq.
Fred Williams, Esq.
Akin Gump Strauss Hauer & Feld LLP
300 West 6th Street, Suite 2100
Austin, TX 78701
(512) 499-6200
(512) 499-6290 (fax)

Sidney Calvin Capshaw, Esq.
Elizabeth L. De Rieux, Esq.
Brown McCarroll, LLP
220 The Energy Centre
1127 Judson Road
Longview, TX 75606-3999
(903) 233-4826
(903) 236-8787 (fax)

**ATTORNEYS FOR EARTHLINK, INC.**
L. Norwood Jameson, Esq.
Claus D. Melarti, Esq.
Mark C. Comtois, Esq.
Matthew Christopher Gaudet
Duane Morris LLP
1180 West Peachtree Street, Suite 700
Atlanta, GA 30309
404-253-6915
404-253-6901 (fax)

Tom Henson, Esq.
Deron Dacus, Esq.
Ramey Flock
100 E. Ferguson, Suite 500
Tyler, TX 75702
903-597-3301
903-597-2413 (fax)

**ATTORNEYS FOR NET ZERO, INC., JUNO ONLINE SERVICES, INC., and NETBRANDS, INC.**
William J. Robinson, Esq.
Stephen M. Lobbin, Esq.
Foley & Lardner
2029 Century Park East, 35th Floor
Los Angeles, CA 90067
310-277-2223
310-557-8475 (fax)

Thomas J. Williams, Esq.
Haynes and Boone, LLP
201 Main Street, Suite 2200
Fort Worth, TX 76102
817-347-6600
817-347-6650 (fax)

John R. Emerson, Esq.
Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
214-651-5000
214-651-5940 (fax)

**ATTORNEYS FOR SBC COMMUNICATIONS, INC.**
Thomas J. Williams, Esq.
John R. Emerson, Esq.
Donald C. Templin
Haynes and Boone, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
214-651-5000
214-651-5940 (fax)

Timothy G. Newman, Esq.
Tony Sheldon, Esq.
Frank C. Nicholas
Cardinal Law Group
1603 Orrington Avenue, Suite 2000
Evanston, IL 60201
847-905-7111
847-905-7113 (fax)

**ATTORNEYS FOR VERIZON COMMUNICATIONS, INC.**
Bryant C. Boren, Jr., Esq.
Timothy S. Durst
Christopher W. Kennerly
Fernando Rodriguez, Jr.
Baker Botts L.L.P.
2001 Ross Avenue, Suite 700
Dallas, TX 75201-2980
214-953-6826
214-661-4826 (fax)

T. John Ward, Jr., Esq.
Law Office of T. John Ward, Jr., PC
P.O. Box 1231
Longview, TX 75606-1231
903-757-6400
903-758-7397 (fax)