IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| YELLOWONE INVESTMENTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No.: 2-06-CV-475 (TJW) |
| | § | |
| VERIZON COMMUNICATIONS, INC., and | § | JURY DEMANDED |
| IDEARC INFORMATION SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING VERIZON COMMUNICATIONS INC.'S
### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Before this Court is Defendant Verizon Communications Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction. After considering the Motion to Dismiss for Lack of Personal Jurisdiction, the parties' filings, the pleadings, and the governing law, the Court finds the motion well taken. Accordingly, it is:

ORDERED that Defendant Verizon Communications Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction is GRANTED; and

ORDERED that Plaintiff Yellowone Investments' claims against Verizon Communications Inc. be, and hereby are, dismissed.