IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| YELLOWONE INVESTMENTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No.: 2-06-CV-475 (TJW) |
| | § | |
| VERIZON COMMUNICATIONS, INC., and | § | JURY DEMANDED |
| IDEARC INFORMATION SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

## IDEARC INFORMATION SERVICES LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Idearc Information Services LLC (incorrectly named as Idearc Information Services, Inc.) ("Idearc") states:

1. Idearc is a wholly owned subsidiary of Idearc Inc.

2. No other entity owns 10% or more of Idearc's stock.

1

Dated: February 16, 2007						Respectfully submitted,

								BAKER BOTTS L.L.P.


								/s/ Timothy S. Durst
								Bryant C. Boren, Jr., Lead Attorney
								State Bar No. 02664100
								Email: bryant.c.boren@bakerbotts.com
								Timothy S. Durst
								State Bar No. 00786924
								Email: tim.durst@bakerbotts.com
								Chris Kennerly
								State Bar No. 00795077
								Email: chris.kennerly@bakerbotts.com
								Allyson N. Ho
								State Bar No. 24033667
								Email: allyson.ho@bakerbotts.com
								2001 Ross Avenue, Suite 700
								Dallas, Texas 75201-2980
								214.953.6500 – Voice
								214.953.6503 – Facsimile


								ATTORNEYS FOR DEFENDANT IDEARC
								INFORMATION SERVICES LLC

## **CERTIFICATE OF SERVICE**

	The undersigned certifies that on February 16, 2007, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). This Answer was served on all counsel either by electronic filing or by hand delivery and/or email.

								/s/ Timothy S. Durst
								Timothy S. Durst

2