IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| YELLOWONE INVESTMENTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No.: 2-06-CV-475 (TJW) |
| | § | |
| VERIZON COMMUNICATIONS, INC., and | § | JURY DEMANDED |
| IDEARC INFORMATION SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT VERIZON COMMUNICATION INC.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Verizon Communications

Inc. (incorrectly named as Verizon Communications, Inc.) ("VCI") states:

1.      VCI has no parent corporation and is itself a publicly held corporation.

2.      No publicly held corporation owns 10% or more of VCI's stock.

Dockets.Justia.com

Dated:  February 16, 2007                    Respectfully submitted,

                                             BAKER BOTTS L.L.P.


                                             */s/* Timothy S. Durst
                                             Bryant C. Boren, Jr., Lead Attorney
                                             State Bar No. 02664100
                                             Email:  bryant.c.boren@bakerbotts.com
                                             Timothy S. Durst
                                             State Bar No. 00786924
                                             Email:  tim.durst@bakerbotts.com
                                             Chris Kennerly
                                             State Bar No. 00795077
                                             Email:  chris.kennerly@bakerbotts.com
                                             Allyson N. Ho
                                             State Bar No. 24033667
                                             Email:  allyson.ho@bakerbotts.com
                                             2001 Ross Avenue, Suite 700
                                             Dallas, Texas 75201-2980
                                             214.953.6500 – Voice
                                             214.953.6503 – Facsimile


                                             ATTORNEYS FOR VERIZON
                                             COMMUNICATIONS INC.

## CERTIFICATE OF SERVICE

        The undersigned certifies that on February 16, 2007, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  This Motion was served on all counsel either by electronic filing or by hand delivery and/or email.


                                             */s/* Timothy S. Durst
                                             Timothy S. Durst

2