UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| YELLOWONE INVESTMENTS, an English Wales corporation,<br>    Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., a Delaware corporation, IDEARC INFORMATION SERVICES, INC. a Delaware corporation<br><br>    Defendants. | Case No. 2-06-CV-475 TJW<br>Hon. T. John Ward |

## DECLARATION OF MICHAEL K. FRIEDLAND IN SUPPORT OF YELLOWONE INVESTMENTS OPPOSITION TO VERIZON MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Michael K. Friedland, declare as follows:

1. I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel of record for Plaintiff Yellowone Investments ("Yellowone") in the above-captioned case. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the results of a search on the whois.net web site for registration data for the superpages.com web site. This search was run on February 9, 2007, the date on which we received the motion to dismiss by Verizon Communications Inc. ("VCI") and the affidavit of Ms. Schapker.

3. Attached hereto as Exhibit 2 is a true and correct copy of the results of a search on the whois.net web site for registration data for the verizonwireless.com web site. This search was run on January 25, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of a press release obtained

Dockets.Justia.co

from the website www.verizon.com on February 9, 2007.

5. Attached hereto as Exhibit 4 is a true and correct copy of an informational page on WHOIS services obtained from the web site of ICANN, the Internet Corporation for Assigned Names and Numbers.

6. Attached hereto as Exhibit 5 is a true and correct copy of a web page from www.verizon.com regarding Verizon Communications.

7. Attached hereto as Exhibit 6 is a true and correct copy of a document identified as Verizon Communications Inc. March 14, 2006 10-K filing with the Securities and Exchange Commission, which was downloaded from the www.verizon.com web site.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of February, 2007, at Irvine, California.


*/s/ Michael K. Friedland*
Michael K. Friedland


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this **DECLARATION OF MICHAEL K. FRIEDLAND IN SUPPORT OF YELLOWONE INVESTMENTS OPPOSITION TO VERIZON MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 26, 2007.

*/s/ Michael K. Friedland*
Michael K. Friedland

3418457
021207