

**WHOIS Lookup**   [            ] .com [  ]   [Go!]   **Lookup registration data for domains.**

## WHOIS information for: **verizonwireless.com**:

```
[whois.crsnic.net]

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

    Domain Name: VERIZONWIRELESS.COM
    Registrar: EMARKMONITOR INC. DBA MARKMONITOR
    Whois Server: whois.markmonitor.com
    Referral URL: http://www.markmonitor.com
    Name Server: NS-DBLN.VERIZONWIRELESS.COM
    Name Server: NS-IRVN.VERIZONWIRELESS.COM
    Name Server: NS-ORBG.VERIZONWIRELESS.COM
    Status: clientDeleteProhibited
    Status: clientTransferProhibited
    Status: clientUpdateProhibited
    Updated Date: 06-nov-2006
    Creation Date: 02-mar-2000
    Expiration Date: 02-mar-2007

>>> Last update of whois database: Thu, 25 Jan 2007 19:14:30 UTC <<<
```

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly

prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability.  VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.

[whois.markmonitor.com]
MarkMonitor.com - The Leader in Corporate Domain Management
----------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
----------------------------------------------------------

The Data in MarkMonitor.com's WHOIS database is provided by MarkMonitor.com
for information purposes, and to assist persons in obtaining information
about or related to a domain name registration record.  MarkMonitor.com
does not guarantee its accuracy.  By submitting a WHOIS query, you agree
that you will use this Data only for lawful purposes and that, under no
circumstances will you use this Data to: (1) allow, enable, or otherwise
support the transmission of mass unsolicited, commercial advertising or
solicitations via e-mail (spam); or  (2) enable high volume, automated,
electronic processes that apply to MarkMonitor.com (or its systems).
MarkMonitor.com reserves the right to modify these terms at any time.
By submitting this query, you agree to abide by this policy.

Registrant:
        Verizon Trademark Services LLC (DOM-1303942)
        1320 North Court House Road
        Arlington VA 22201
        US

    Domain Name: verizonwireless.com

        Registrar Name: Markmonitor.com
        Registrar Whois: whois.markmonitor.com
        Registrar Homepage: http://www.markmonitor.com

    Administrative Contact:
        Domain Administrator (NIC-14530206)   Verizon Trademark Services LLC
        1320 North Court House Road
        Arlington VA 22201
        US
        domainlegalcontact@verizon.com
        +1.9727187621
        Fax- -
    Technical Contact, Zone Contact:
        DNS Admin -(AQKUABCKBO) (NIC-14541071)   Verizon Communications
        919 Hidden Ridge
        Irving TX 75038
        US
        DNSAdmin@nw.verizonwireless.com
        +1.9492868585
        Fax- +1.5094717731

```
Created on..............: 2000-Mar-02.
Expires on..............: 2007-Mar-02.
Record last updated on..: 2006-Dec-29 19:24:59.

Domain servers in listed order:

NS-ORBG.VERIZONWIRELESS.COM
NS-DBLN.VERIZONWIRELESS.COM
NS-IRVN.VERIZONWIRELESS.COM
```

MarkMonitor.com - The Leader in Corporate Domain Management
--------------------------------------------------------------
For Global Domain Consolidation, Research & Intelligence,
and Enterprise DNS, go to: www.markmonitor.com
--------------------------------------------------------------


Verio Inc. - Growing Your Business, One Click At A Time

## Domain Registration
Domain Pricing, Suggest-A-Name
Search by Keyword, Search Deleted Domains

## Hosting Resources
Web Plans, E-Commerce, Custom Websites
VPS, Managed Hosting, Reseller Programs

Copyright © 1997-2003

**NTT/VERIO**