

About Us    Search

| RESIDENTIAL | SMALL BUSINESS | MEDIUM BUSINESS | LARGE BUSINESS | WIRELES |

**News Center Main Page**

**News Archive**

**Media Contacts**

**Press Kits**

**Executive Center**

**Video & Image Feed**

Register for
news delive
**e-mail**

**RSS Feed**
Click here f
available RS
Verizon pre
XML

En españo
Click here t
News Cente
Spanish.

# News Release

**Nation's First 'Verizon Experience' Store Presents Verizon Wireless and Verizon Communications Products and Services in High-Tech, Consumer-Friendly Style**

*Flagship Store in Dallas-Fort Worth Metroplex Invites Customers to 'Roll Up Their Sleeves' and Play, Connect, Watch and Listen*

**October 30, 2006**

**Media Contact:**
Bill Kula, Verizon Communications (Texas), 972-718-6924
Jim Smith, Verizon Communications (National), 908-559-3477
Jimmy Duvall, Verizon Wireless (Texas), 972-444-5515
Brenda Raney, Verizon Wireless (National), 908-559-7518

**DALLAS** -- Visitors to the nation's first Verizon Experience store - in Southlake, Texas - will encounter the most compelling, comprehensive display of high-tech communications and entertainment products and services for the home, business and mobile consumers on the go ever assembled under one retail roof.

The 5,000-square-foot flagship store, located at 1450 Main St. in the Southlake Town Square, opens Tuesday (Oct. 31) and will allow customers to play, connect, watch and listen to Verizon Wireless' and Verizon Communications' broadband-rich, entertainment-oriented and productivity-enhancing wireless and wireline services -- in a single store visit.

"We're seeking to retain, and win over, customers' loyalty amid the most competitive period in our industry's history," said Bob Ingalls, executive vice president and chief marketing officer for Verizon Communications.  "The 'Verizon Experience' store will demystify how technology improves productivity and makes buying decisions simpler than ever by delivering a shopping experience unlike any other among our peers and competitors."

"We have millions of customers who enjoy ordering Verizon products over the Internet or on the telephone, but we have just as many who want to touch and feel our services in the same way people visit a retail store to see the quality of their new high-definition TV before making a purchase," said Ingalls. "Our new store allows customers to roll up their sleeves and have a fun experience determining what it would be like to use our services."

## Technology Shines at New 'Verizon Experience' Store

Verizon's newest retail marketing foray brings together the services offered by Verizon Wireless and Verizon Communications in a setting where customers can touch and try products, engage dynamic interactive displays and demonstrations, and consult with specially-trained product experts who will accompany customers as they shop for the latest in technology services.

Outfitted with a concierge, a sign-up station, and an innovative demo bar, where experts give one-on-one demonstrations of products, the store is intended to do what it's called: let customers experience services directly and then purchase what they like.

Dockets.Justia.com

The Verizon Experience store will greet visitors with the very latest technology: over-sized, high-definition plasma television screens featuring Verizon's FiOS TV service; a gaming station and computers, enabling customers to test drive ultra-fast FiOS Internet connection speeds of up to 15 megabits per second (Mbps) over Verizon's 100 percent, fiber-optic network; 12 digital electronic information screens; multiple touch-screen computers that contain detailed product and pricing information; simulated broadband-speed comparisons; interactive kiosks and exhibits; a series of intuitive product demonstrations; and a technical support center.

"Customers who visit the Verizon Experience store will be impressed at the wide range of services available in one location," said Luis M. Cruz, region president for Verizon Wireless. "The flow of the store allows visitors to immerse themselves in interactive demonstrations or go directly to a specific area of interest such as music, text and picture messaging, ring- tones or personal digital assistants.

"Visitors to the Verizon Experience store can obtain quick technical advice; make a payment on their bill; or talk to in-store product experts who can discuss the services that Verizon Wireless and Verizon Communications offer, without having to visit another store," said Cruz.

Following are some of the services that can be tested and played at the Verizon Experience store, using the actual speeds that a customer will get with a particular broadband service:

- V CAST Music and video, which provides on-demand access to short news, weather, sports and entertainment video clips; more than 1.4 million downloadable songs; and cutting-edge 3D games -- all on mobile phones.

- BroadbandAccess, utilizing the Verizon Wireless EV-DO (Evolution-Data Optimized) network, provides customers on the go with a wireless Internet connection at broadband speeds of 400-700 kilobits per second (Kbps).

- FiOS Internet Service, which offers maximum downstream connection speeds of 5, 15 and 30 Mbps, and in some markets 50 Mbps, and which can link multiple computers together in a wired or wireless network for optimal home office work-and-play situations.

- FiOS TV, which delivers a 100 percent, fiber-optic-based video service featuring a broad collection of all-digital programming; more than two dozen high-definition channels; about 3,000 video-on-demand titles; and interactive video tools.

- The coolest phones and PDAs from Verizon Wireless, such as the Motorola KRZR, LG Chocolate, Treo 700, BlackBerry 8703e and Motorola Q.

- Verizon One, an advanced home-communications system available to Verizon Online DSL customers, which integrates a DSL modem; 802.11g wireless router; 5.8 Ghz cordless phone; wide color-touch screen; Verizon SuperPages features; family-event planner and reminder; and a one-touch access point for weather, news, sports, stocks and entertainment information.

- VoiceWing, a high-quality, low-cost, Internet-based calling service that also offers advanced calling features such as visual voice mail, enhanced call-forwarding and synchronized personalized address books.  All the features can be controlled by the click of a computer mouse.

To access high-resolution illustrations and photographs of the Verizon Experience store, visit www.verizon.com/news.  More information about the Verizon Experience store can be obtained at

Case 2:06-cv-00475-TJW    Document 11    Filed 02/26/2007    Page 3 of 3

http://www.verizonexperience.com.

**About Verizon Communications**

Verizon Communications Inc. (NYSE:VZ), a Dow 30 company, is a leader in delivering broadband and other wireline and wireless communication innovations to mass market, business, government and wholesale customers. Verizon Wireless operates America's most reliable wireless network, serving nearly 57 million customers nationwide. Verizon Business operates one of the most expansive wholly-owned global IP networks. Verizon Telecom is deploying the nation's most advanced fiber-optic network to deliver the benefits of converged communications, information and entertainment services to customers. Based in New York, Verizon has a diverse workforce of approximately 250,000 and generates annual consolidated operating revenues of approximately $90 billion. For more information, visit www.verizon.com.

**About Verizon Wireless**

Verizon Wireless owns and operates the nation's most reliable wireless network, serving 56.7 million voice and data customers. Headquartered in Basking Ridge, NJ, Verizon Wireless is a joint venture of Verizon Communications (NYSE:VZ) and Vodafone (NYSE and LSE: VOD). Find more information on the Web at www.verizonwireless.com. To preview and request broadcast-quality video footage and high-resolution stills of Verizon Wireless operations, log on to the Verizon Wireless Multimedia Library at www.verizonwireless.com/multimedia.

**####**

Contact Us  |  Careers  |  Our Stores  |  Site Map  |  Privacy Policy  |  © 2007 Verizon