Yellowone Investments v. Verizon Communications, Inc et al
Verizon | Investor Relations | Company Profile | Overview
Case 2:06-cv-00475-TJW    Document 11    Filed 02/26/2007    Page 1 of 1
Doc. 11 Att. 6
Page 1 of 1



**Search Investor**

Investor Relations \ Company Profile

# Overview

**Investor Relations**
**Company Profile**
  Overview
  Corporate History
  Industry Overview
**Business Segments** ›
**Corporate Governance** ›
**Financial Performance** ›
**Fixed Income** ›
**Stock Information** ›
**SEC Filings**
**Shareowner Info** ›
**Stock Transfer Agent** ›
**Investor News** ›
**WorldCom Information**
**Investor Contacts**

Verizon Communications Inc. (NYSE:VZ), a Dow 30 company, is a leader in delivering broadband and other wireline and wireless communication innovations to mass market, business, government and wholesale customers. Verizon Wireless operates America's most reliable wireless network, serving 59 million customers nationwide. Verizon Business operates one of the most expansive wholly-owned global IP networks. Verizon Telecom is deploying the nation's most advanced fiber-optic network to deliver the benefits of converged communications, information and entertainment services to customers.

**Vz Financial Express**

Verizon's 4Q
Cap Strong Y
Growth in Wir
Broadband an
Markets

Review Q4 20
› Non-GAAP
› Earnings We
› Presentation
› Quarterly Bu

**Financial Profile**


Reported Revenues
$ in Billions
65.8  69.5  88.1
2004  2005  2006


Reported Operating Income
$ in Billions
10.9  12.6  13.4
2004  2005  2006

**Quicklinks**

Corporate His
View Verizon'
History

To download
with timeline
674K).

Corporate Re
Learn about o
and Values, c
responsibility
positive impac
environment a
communities

View Verizon'
timeline

Copyright 2007 Verizon    Privacy Policy | Site Map | Home