**Appendix K**                                                        Revised: 12/3/03

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
MARSHALL **DIVISION**

**APPLICATION TO APPEAR PRO HAC VICE**

FILED-CLERK
U.S. DISTRICT COURT

2007 MAR -8 AM 10: 10

TX EASTERN MARSHALL

BY _____

1. This application is being made for the following: Case # __02-06-CV-475 TJW__

Style: __Yellowone Investments v. Verizon Communications, et al.__

2. Applicant is representing the following party/ies:

__Yellowone Investments__

3. Applicant was admitted to practice in __CA__ (state) on __1999__ (date)

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

__Central & Southern Districts CA; Middle District NC; Federal Circuit__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AI-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AI-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Sheila N. Swaroop__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __2-26-07__              Signature __Sheila Swaroop__

Name (please print) ___ Sheila N. Swaroop _____

State Bar Number ___ 203,476 (CA) _____

Firm Name: ____ Knobbe Martens Olson & Bear LLP

Address/P O Box: ___ 2040 Main Street, Fourteenth Floor

City/State/Zip: _____ Irvine, CA 92614 _____

Telephone #: _____ 949-760-0404 _____

Fax #: _____ 949-760-9502 _____

E-mail Address: ____ sswaroop@kmob.com _____

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above  This application has been approved for the court this __ day of _____ , 20 __

David J Maland  Clerk

U S District Court, Eastern District of Texas

By _____

Deputy Clerk

**Receipt for Payment**          Receipt No: 2-1-0002335

# United States District Court

for the

Eastern District of Texas at Marshall

Date:                    **Thursday, March 8, 2007**

Received from:

**MELVIN WILCOX**

**P O BXO 3343**

**LONGVIEW, TX  75606**

| Account | Amount |
|---------|--------|
| 6855XX  | **$50.00** |
| **Total** | **$50.00** |

| Account | | Description |
|---------|---|-------------|
| 085000 | – | Attorney Admission Fees |
| 086400 | – | New Case Fee |
| 086900 | – | Filing Fees |
| 121000 | – | Conscience Fund |
| 129900 | – | Gifts |
| 143500 | – | Interest |
| 322340 | – | Sale of Publications |
| 322350 | – | Copy Fees |
| 322360 | – | Miscellaneous Fees |
| 322380 | – | Recoveries of Court Costs |
| 322386 | – | Cost of Prosecution |
| 504100 | – | Crime Victims Fund |
| 508800 | – | Immigration Fees |
| 510000 | – | Civil Filing Fee (1/2) |
| 5100PL | – | Partial Filing Fee (PLRA) |
| 510100 | – | Registry Fee |
| 604700 | – | Registry Funds/General and Special Funds |
| 613300 | – | Unclaimed Monies |
| 6855XX | – | Deposit Funds |

Payment method:          **Check**

Case or other reference:     **2:06cv475  PHV Stewart Swaroop**

Comments:                **CK 1084**

Received by:              **pa**