UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| YELLOWONE INVESTMENTS, an English Wales corporation,<br>    Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., a Delaware corporation, IDEARC INFORMATION SERVICES, INC. a Delaware corporation<br>    Defendants. | Case No. 2-06-CV-475 TJW<br>Hon. T. John Ward |

**[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO SUPPLEMENT THE RECORD REGARDING
VERIZON COMMUNICATIONS INC.'S MOTION TO DISMISS**

The Court, having considered Yellowone Investments' Motion for Leave to Supplement the Record, having read the submissions of the parties and considered any arguments of counsel, and good cause appearing, HEREBY ORDERS THAT:

Yellowone Investments' motion is granted;

Yellowone shall electronically file its proposed supplementation by _____.

Dockets.Justia.com