UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| YELLOWONE INVESTMENTS, an English Wales corporation,<br>    Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., a Delaware corporation, IDEARC INFORMATION SERVICES, INC. a Delaware corporation<br>    Defendants. | Case No. 2-06-CV-475 TJW<br>Hon. T. John Ward |

**DECLARATION OF SHEILA N. SWAROOP IN SUPPORT OF
MOTION FOR LEAVE TO SUPPLEMENT THE RECORD REGARDING
VERIZON COMMUNICATIONS INC.'S MOTION TO DISMISS**

I, Sheila N. Swaroop, declare as follows:

1. I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel of record for Plaintiff Yellowone Investments ("Yellowone") in the above-captioned case. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could and would testify competently thereto.

2. In responding to Verizon Communications' motion to dismiss itself from this action, Yellowone attempted to obtain motion papers filed by Verizon Communications in a patent action in the Eastern District of Virginia. Because the documents were not available electronically, Yellowone contacted a courier service to obtain these materials.

3. I understand that the courier service was only recently able to obtain Verizon Communications' filings because the case file was not available to the public for several weeks.

4. On April 24, 2007, the courier service provided us with the documents we had requested. On April 26, 2007, I contacted Tim Durst, counsel for Verizon Communications, by telephone to inquire as to whether Verizon Communications would agree to a joint motion to

Dockets.Justia.com

supplement the record. On April 27, 2007, I sent Mr. Durst electronic copies of the filings from Verizon Communications that Yellowone wished to include in the joint motion. A true and correct copy of my e-mail to Mr. Durst is attached hereto as Exhibit A.

5. On May 1, 2007, Mr. Durst notified me by e-mail that Verizon Communications would oppose Yellowone's request to supplement the record. A true and correct copy of Mr. Durst's e-mail is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of May, 2007, at Irvine, California.

_____
Sheila N. Swaroop

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this **DECLARATION OF SHEILA N. SWAROOP IN SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT THE RECORD REGARDING VERIZON COMMUNICATIONS INC.'S MOTION TO DISMISS** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 2, 2007.

_____
Sheila N. Swaroop

3713177
050107