**From:** Sheila.Swaroop
**Sent:** Friday, April 27, 2007 6:54 PM
**To:** tim.durst@bakerbotts.com
**Cc:** 'Michael Friedland'
**Subject:** Yellowone matter

**Attachments:** 4087_001.pdf

Tim,

Further to my voicemail to you yesterday and our conversation this afternoon, attached is a pdf file containing the materials from the Verizon v. Vonage case that we would like to submit in our case as part of a joint motion to supplement the record in connection with Verizon Communications' Motion to Dismiss.

I understand that you will let me know early next week whether Verizon would agree to a Joint Motion.

Please call me at (949) 721-7646 if you would like to discuss.  Thank you.

Sheila N. Swaroop
**Knobbe Martens Olson & Bear** LLP
2040 Main Street, 14th Floor
Irvine, CA 92614-3641
949-721-7646
949-760-9502 Fax
Email: **sswaroop@kmob.com**
Website: **www.kmob.com**