**From:** Tim.Durst@bakerbotts.com [mailto:Tim.Durst@bakerbotts.com]
**Sent:** Tuesday, May 01, 2007 8:44 AM
**To:** Sheila.Swaroop
**Cc:** Michael.Friedland
**Subject:** RE: Yellowone matter

Sheila, as promised this is to respond to your call about conferring on the proposed motion. Thanks for sending this material and for the time to consider your request.

On behalf of VCI, we will oppose the motion to supplement because the materials from the Vonage case are not material to the personal jurisdiction issues pending before the Court. You may use the language from the foregoing sentence in your certificate of conference.

I will be in the office this afternoon if we need to speak further about this. Thanks.

-----Original Message-----
**From:** Sheila.Swaroop [mailto:sswaroop@kmob.com]
**Sent:** Friday, April 27, 2007 8:54 PM
**To:** Durst, Tim
**Cc:** Michael Friedland
**Subject:** Yellowone matter

Tim,

Further to my voicemail to you yesterday and our conversation this afternoon, attached is a pdf file containing the materials from the Verizon v. Vonage case that we would like to submit in our case as part of a joint motion to supplement the record in connection with Verizon Communications' Motion to Dismiss.

I understand that you will let me know early next week whether Verizon would agree to a Joint Motion.

Please call me at (949) 721-7646 if you would like to discuss. Thank you.

Sheila N. Swaroop
**Knobbe Martens Olson & Bear** LLP
2040 Main Street, 14th Floor
Irvine, CA 92614-3641
949-721-7646
949-760-9502 Fax
Email: **sswaroop@kmob.com**
Website: **www.kmob.com**

"<KMOB.COM>" made the following annotations.
---------------------------------------------------------------------------------
PRIVILEGED AND CONFIDENTIAL COMMUNICATION

This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this

Dockets.Justia.com

electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.
==============================================================================