# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **YELLOWONE INVESTMENTS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| vs. § | Case No. 2-06-cv-475-TJW |
| § | |
| **VERIZON COMMUNICATIONS, INC.** § | |
| **AND IDEARC INFORMATION** § | |
| **SERVICES, INC.** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as additional counsel of record for Defendants Verizon Communications, Inc. and Idearc Information Services, Inc., and is authorized to receive service on all pleadings, notices, orders and other papers in the above-captioned matter on behalf of Defendants.

Michael C. Smith
State Bar No. 18650410
THE ROTH LAW FIRM
115 N. Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797
Email: ms@rothfirm.com

Respectfully submitted,

By: _____
MICHAEL C. SMITH
State Bar No. 18650410
ms@rothfirm.com
CARL R. ROTH
State Bar No. 17312000
THE ROTH LAW FIRM
115 Wellington, Suite 200
Marshall, Texas 75670
Phone: (903) 935-1665
Fax:   (903) 935-1797

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 25th day of May, 2007. Any other counsel of record will be served by facsimile transmission and/or first class mail.

.

_____
Michael C. Smith