IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| YELLOWONE INVESTMENTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2-06-CV-475 |
| v. | § | |
| | § | |
| VERIZON COMMUNICATIONS, INC., and | § | |
| IDEARC INFORMATION SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

TO THE HONORABLE JUDGE OF THIS COURT:

Pursuant to Federal Rule of Civil Procedure 6, Plaintiff Yellowone Investments requests a two-week enlargement of time to comply with P.R. 3-1 and 3-2, and shows the Court as follows:

1. Defendant Verizon Communications, Inc. has filed a motion to dismiss based on lack of personal jurisdiction. This Court allowed the parties in its May 23, 2007 order to conduct discovery on jurisdictional issues. Counsel for the parties[1] are attempting in good faith to resolve the jurisdictional dispute without such discovery. Resolution of the jurisdictional issue by agreement would streamline the present dispute, including Plaintiff's filing under P.R. 3-1 and 3-2.

2. Plaintiff's Motion is for cause shown and not for the purpose of delaying these proceedings.

3. Defendants do not oppose this Motion.

---

[1] Plaintiff is in the process of substituting counsel.

Dockets.Justia.com

THEREFORE, Plaintiff Yellowone Investments requests that the date for compliance with P.R. 3-1 and 3-2 be enlarged until June 21, 2007.

Respectfully submitted,

Date:  June 5, 2007By:    /s/ *Michael K. Friedland*
Michael K. Friedland

Michael K. Friedland (*Pro Hac Vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:  (949) 760-0404
Facsimile:  (949) 760-8502
mfriedland@kmob.com

Melvin R. Wilcox (Lead Attorney)
State Bar No. 21454800
SMEAD, ANDERSON & DUNN LLP
2110 Horseshoe Lane
P.O. Box 3343
Longview, TX 75606
Telephone:  (903) 232-1892
Facsimile:  (903) 232-1881
mrw@smeadlaw.com

Attorneys for Plaintiff,
YELLOWONE INVESTMENTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 5, 2007.

   /s/     *Michael K. Friedland*
Michael K. Friedland

3843967
060507