IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| YELLOWONE INVESTMENTS, § § Plaintiff, § § v. § § VERIZON COMMUNICATIONS, INC., and § IDEARC INFORMATION SERVICES, INC. § § Defendants. § | Civil Action No. 2-06-CV-475 |

**<u>ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>**

After considering Plaintiff Yellowone Investments' unopposed motion for a two-week enlargement of time to comply with P.R. 3-1 and 3-2, the Court finds that there is cause to enlarge the time and that the motion should be GRANTED. Therefore, any party claiming patent infringement shall have until June 21, 2007 to comply with P.R. 3-1 and 3-2.

SO ORDERED.

3843981
060507