IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| YELLOWONE INVESTMENTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2-06-CV-475 |
| v. | § | |
| | § | |
| VERIZON COMMUNICATIONS, INC., and | § | |
| IDEARC INFORMATION SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

After considering Plaintiff Yellowone Investments' unopposed motion for a two-week enlargement of time to comply with P.R. 3-1 and 3-2, the Court finds that there is cause to enlarge the time and that the motion should be GRANTED. Therefore, any party claiming patent infringement shall have until June 21, 2007 to comply with P.R. 3-1 and 3-2.

SO ORDERED.

SIGNED this 6th day of June, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE