UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| YELLOWONE INVESTMENTS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 2:06-CV-00475-TJW |
| | ) |
| VERIZON COMMUNICATIONS, | )   JURY TRIAL DEMANDED |
| INC., and IDEARC INFORMATION | ) |
| SERVICES, INC., | ) |
| | ) |
|     Defendants. | ) |

**PLAINTIFF'S NOTICE OF COMPLIANCE
WITH LOCAL PATENT RULES 3-1 AND 3-2**

Plaintiff Yellowone Investments ("Yellowone") respectfully files this Notice to inform the Court that its Disclosure of Asserted Claims and Infringement Contentions (Local Rule P.R. 3-1) and Document Production Accompanying Disclosure (Local Rule P.R. 3-2) were served upon counsel of record on June 21, 2007 in accordance with this Court's May 23 and June 7, 2007 Orders, via email and Federal Express.

1.

        Respectfully submitted,

By: _____/s/ *Michael K. Friedland*_____
    Michael K. Friedland

    Michael K. Friedland (*Pro Hac Vice*)
    KNOBBE, MARTENS, OLSON & BEAR, LLP
    2040 Main Street, Fourteenth Floor
    Irvine, CA 92614
    Telephone: (949) 760-0404
    Facsimile: (949) 760-8502
    mfriedland@kmob.com

    Melvin R. Wilcox (Lead Attorney)
    State Bar No. 21454800
    SMEAD, ANDERSON & DUNN LLP
    2110 Horseshoe Lane
    P.O. Box 3343
    Longview, TX 75606
    Telephone: (903) 232-1892
    Facsimile: (903) 232-1881
    mrw@smeadlaw.com

    Attorneys for Plaintiff,
    YELLOWSTONE INVESTMENTS

3.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this

**YELLOWONE INVESTMENTS NOTICE OF COMPLIANCE
WITH LOCAL PATENT RULES 3-1 AND 3-2**

via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 21, 2007.

/s/    *Michael K. Friedland*
Michael K. Friedland

3.

426781