IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| YELLOWONE INVESTMENTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2-06-CV-475 |
| v. | § | |
| | § | |
| VERIZON COMMUNICATIONS, INC., and | § | |
| IDEARC INFORMATION SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF VOLUNTARY DISMISSAL**
**OF DEFENDANT VERIZON COMMUNICATIONS, INC.**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Yellowone Investments hereby files this notice of voluntary dismissal of claims asserted against Verizon Communications, Inc. (identified by Defendants as "Verizon Communications Inc.") ("Verizon") in the above-captioned action without prejudice as to the refiling of same. Defendant Verizon has not yet served an answer or motion for summary judgment.

Respectfully submitted,


By: _____/s/ *Michael K. Friedland*_____
Michael K. Friedland

Michael K. Friedland (*Pro Hac Vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-8502
mfriedland@kmob.com

Melvin R. Wilcox (Lead Attorney)
State Bar No. 21454800
SMEAD, ANDERSON & DUNN LLP
2110 Horseshoe Lane
P.O. Box 3343
Longview, TX 75606
Telephone: (903) 232-1892
Facsimile: (903) 232-1881
mrw@smeadlaw.com

Attorneys for Plaintiff,
YELLOWONE INVESTMENTS


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT VERIZON COMMUNICATIONS, INC.** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 25, 2007.


_____/s/    *Michael K. Friedland*_____
Michael K. Friedland


3926552
062507