IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| YELLOWONE INVESTMENTS, § <br> § <br> Plaintiff, § <br> § Civil Action No. 2-06-CV-475 <br> v. § <br> § <br> VERIZON COMMUNICATIONS, INC., and § <br> IDEARC INFORMATION SERVICES, INC. § <br> § <br> Defendants. § | |

## PLAINTIFF'S MOTION FOR WITHDRAWAL OF COUNSEL

TO THE HONORABLE JUDGE OF THIS COURT:

Pursuant to Local Rule 11(d), Plaintiff Yellowone Investments hereby moves for withdrawal of the following counsel: Knobbe Martens Olson & Bear LLP ("Knobbe Martens"). Plaintiff has retained the services of the following counsel, which will confirm their acceptance of the engagement by notice of appearance:

> Mark C. Nelson
> Texas State Bar No. 00794361
> Talcott J. Franklin
> Texas State Bar No. 24010629
> Gerald T. Welch
> Texas State Bar No. 21121500
> PATTON BOGGS LLP
> 2001 Ross Avenue, Suite 3000
> Dallas, Texas   75201
> Telephone:  (214) 758-1500
> Facsimile:   (214) 758-1550
> Email:           mnelson@pattonboggs.com
>                       tfranklin@pattonboggs.com
>                       gwelch@pattonboggs.com

Dockets.Justia.com

Respectfully submitted,


By:   /s/ *Michael K. Friedland*
Michael K. Friedland

Michael K. Friedland (*Pro Hac Vice*)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-8502
mfriedland@kmob.com

Melvin R. Wilcox (Lead Attorney)
State Bar No. 21454800
SMEAD, ANDERSON & DUNN LLP
2110 Horseshoe Lane
P.O. Box 3343
Longview, TX 75606
Telephone: (903) 232-1892
Facsimile: (903) 232-1881
mrw@smeadlaw.com

Attorneys for Plaintiff,
YELLOWONE INVESTMENTS


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing **PLAINTIFF'S MOTION FOR WITHDRAWAL OF COUNSEL** via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 25, 2007.


   /s/   *Michael K. Friedland*
Michael K. Friedland


3926588
062507

**PLAINTIFF'S MOTION FOR WITHDRAWAL OF COUNSEL – PAGE 2**
428732