IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| YELLOWONE INVESTMENTS, | § § § | |
| Plaintiff, | § § | Civil Action No. 2-06-CV-475 |
| v. | § § | |
| VERIZON COMMUNICATIONS, INC., and IDEARC INFORMATION SERVICES, INC. | § § § | |
| Defendants. | § § | |

# ORDER

After considering Plaintiff Yellowone Investments' Motion for Withdrawal of Counsel and Notice of Appearance, the Court ORDERS as follows:

Knobbe Martens Olson & Bear LLP's motion to withdraw as counsel is GRANTED.

SO ORDERED.