IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| YELLOWONE INVESTMENTS, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 2-06-CV-475 |
| v. § | |
| § | |
| VERIZON COMMUNICATIONS, INC., and § | |
| IDEARC INFORMATION SERVICES, INC. § | |
| § | |
| Defendants. § | |

### NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF THIS COURT:

Pursuant to Local Rule 11, Plaintiff Yellowone Investments hereby files this notice of appearance of Plaintiff's counsel:

1. The following counsel enters an appearance in this action on behalf of Plaintiff:

>Mark C. Nelson (Lead Attorney)
>Texas State Bar No. 00794361
>Talcott J. Franklin
>Texas State Bar No. 24010629
>Gerald T. Welch
>Texas State Bar No. 21121500
>PATTON BOGGS LLP
>2001 Ross Avenue, Suite 3000
>Dallas, Texas  75201
>Telephone:  (214) 758-1500
>Facsimile:    (214) 758-1550
>Email:          mnelson@pattonboggs.com
>                      tfranklin@pattonboggs.com
>                      gwelch@pattonboggs.com

2. Mark C. Nelson is hereby designated as Lead Attorney for Plaintiff.

NOTICE OF APPEARANCE – PAGE 1
428733

Respectfully submitted,

/s/ Mark C. Nelson
Mark C. Nelson (Lead Attorney)
Texas State Bar No. 00794361
Talcott J. Franklin
Texas State Bar No. 24010629
Gerald T. Welch
Texas State Bar No. 21121500
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, Texas  75201
Telephone: (214) 758-1500
Facsimile: (214) 758-1550
Email:    mnelson@pattonboggs.com
          tfranklin@pattonboggs.com
          gwelch@pattonboggs.com

Melvin R. Wilcox
State Bar No. 21454800
SMEAD, ANDERSON & DUNN LLP
2110 Horseshoe Lane
P.O. Box 3343
Longview, TX 75606
Telephone: (903) 232-1892
Facsimile: (903) 232-1881
mrw@smeadlaw.com

Attorneys for Plaintiff,
YELLOWONE INVESTMENTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 25, 2007.

/s/ Mark C. Nelson
Mark C. Nelson