IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| YELLOWONE INVESTMENTS, § § § | |
| Plaintiff, § | |
| § | Civil Action No. 2-06-CV-475 |
| v. § | |
| § | |
| VERIZON COMMUNICATIONS, INC., and § IDEARC INFORMATION SERVICES, INC. § § | |
| Defendants. § | |

## ORDER

After considering Plaintiff Yellowone Investments' Motion for Withdrawal of Counsel and Notice of Appearance, the Court ORDERS as follows:

Patton Boggs LLP has appeared in this action and Mark C. Nelson is designated as Lead Attorney for Plaintiff.

SO ORDERED.

ORDER – PAGE 1
429600