IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| YELLOWONE INVESTMENTS, § § Plaintiff, § § v. § VERIZON COMMUNICATIONS, INC., and § IDEARC INFORMATION SERVICES, INC. § § Defendants. § | Civil Action No. 2-06-CV-475 |

### UNOPPOSED MOTION TO SUBSTITUTE DEFENDANT AND REFORM CAPTION

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Yellowone Investments moves to substitute Idearc Media Services-West Inc. as Defendant for Idearc Information Services, Inc. (which Defendants have identified as Idearc Information Services LLC), and shows the Court as follows:

1. The parties have worked in good faith to resolve issues raised by Defendants regarding the proper parties to this action;

2. Defendants' counsel has reviewed this Motion and the accompanying Order;

3. Defendants, including Idearc Media Services-West Inc., do not oppose this motion;

4. Yellowone Investments has changed its name to Geomas (International) Ltd.

5. The Parties request that the caption be reformed to reflect the proper parties, as set forth in the proposed Order accompanying this Motion;

6. This motion is not for the purpose of delay, but to ensure that the correct parties are properly joined to this action.

Respectfully submitted,

/s/ Mark C. Nelson
Mark C. Nelson (Lead Attorney)
Texas State Bar No. 00794361
Talcott J. Franklin
Texas State Bar No. 24010629
Gerald T. Welch
Texas State Bar No. 21121500
PATTON BOGGS LLP
2001 Ross Avenue, Suite 3000
Dallas, Texas  75201
Telephone:  (214) 758-1500
Facsimile:   (214) 758-1550
Email:      mnelson@pattonboggs.com
            tfranklin@pattonboggs.com
            gwelch@pattonboggs.com

Melvin R. Wilcox
State Bar No. 21454800
SMEAD, ANDERSON & DUNN LLP
2110 Horseshoe Lane
P.O. Box 3343
Longview, TX 75606
Telephone: (903) 232-1892
Facsimile: (903) 232-1881
mrw@smeadlaw.com

Attorneys for Plaintiff,
YELLOWONE INVESTMENTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 25, 2007.

/s/ Mark C. Nelson
Mark C. Nelson