IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOMAS (INTERNATIONAL) LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2-06-CV-475 |
| v. | § | |
| | § | |
| IDEARC MEDIA SERVICES-WEST INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER

After considering Plaintiff Yellowone Investments' Unopposed Motion to Substitute Defendant and Reform Caption, the Court ORDERS as follows:

1. Plaintiff Yellowone Investments has changed its name and shall now be referred to as Geomas (International) Ltd.

2. Idearc Media Services-West Inc. is substituted as Defendant for Idearc Information Services, Inc. (which Defendants have identified as Idearc Information Services LLC).

3. The caption in this action is reformed to match the caption on this Order.

SO ORDERED.

**ORDER – PAGE 1**
429325