IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| YELLOWONE INVESTMENTS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2-06-CV-475 |
| v. | § | |
| | § | |
| VERIZON COMMUNICATIONS, INC., and | § | |
| IDEARC INFORMATION SERVICES, INC. | § | |
| | § | |
| Defendants. | § | |

### ORDER

Upon consideration of Plaintiff Yellowone Investments' Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court ORDERS that Plaintiff Yellowone Investments' Complaint against Verizon Communications, Inc. (identified by Defendants as "Verizon Communications Inc.") is dismissed without prejudice as to the refiling of same.

SIGNED this 27th day of June, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 1
429326