IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOMAS (INTERNATIONAL) LTD., <br><br> Plaintiff, <br><br> vs. <br><br> IDEARC MEDIA SERVICES-WEST INC. <br><br> Defendant. | § § § § § § § § § § § § <br><br> Civil Action No.: 2-06-CV-475 (TJW) <br><br> JURY DEMANDED |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant Idearc Media Services-West Inc. hereby moves this Court for a two-week enlargement of time to comply with P.R. 3.3 and 3.4 until August 22, 2007. The Court previously granted Plaintiff's unopposed motion for a two-week enlargement of time to comply with P.R. 3-1 and 3-2 until June 21, 2007. Defendant seeks this extension of time not for delay but for good cause and that justice may be served. As reflected in the certificate of conference, this motion for enlargement of time is unopposed.

- 1 -

Dockets.Justia.com

Respectfully submitted,

*/s/* Timothy S. Durst
Bryant C. Boren, Jr., Lead Attorney
State Bar No. 02664100
Email: bryant.c.boren@bakerbotts.com
Timothy S. Durst
State Bar No. 00786924
Email: tim.durst@bakerbotts.com
Chris Kennerly
State Bar No. 00795077
Email: chris.kennerly@bakerbotts.com
Allyson N. Ho
State Bar No. 24033667
Email: allyson.ho@bakerbotts.com
2001 Ross Avenue, Suite 700
Dallas, Texas 75201-2980
214.953.6500 – Voice
214.953.6503 – Facsimile

**ATTORNEYS FOR DEFENDANT IDEARC MEDIA SERVICES-WEST INC.**

**CERTIFICATE OF CONFERENCE**

I certify that I communicated with opposing counsel concerning this motion on the 11th day of July, 2007, and opposing counsel agreed to the extension. This Motion is unopposed.

/s/ Chris Kennerly
Chris Kennerly

**CERTIFICATE OF SERVICE**

I certify that on the 19th day of July, 2007, all counsel who are deemed to have consented to electronic service are being served with a copy of this document by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A).

/s/ Timothy S. Durst
Timothy S. Durst