IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOMAS (INTERNATIONAL) LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>IDEARC MEDIA SERVICES-WEST INC.<br><br>Defendant. | § § § § § § § § § § § | Civil Action No.: 2-06-CV-475 (TJW)<br><br>JURY DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

After considering Defendant Idearc Media Services-West Inc.'s unopposed motion for a two-week enlargement of time to comply with P.R. 3.3 and 3.4, the Court finds that there is cause to enlarge the time and that the motion should be GRANTED. Therefore, Defendant shall have until August 22, 2007, to comply with P.R. 3.3 and 3.4.

SO ORDERED.

SIGNED this 20th day of July, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE