# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| GEOMAS (INTERNATIONAL) LTD., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2-06-CV-475 |
| | § | Judge T. John Ward |
| | § | |
| IDEARC MEDIA SERVICES-WEST INC. | § | |
| | § | |
| Defendant. | § | JURY TRIAL DEMANDED |

## NOTICE OF COMPLIANCE WITH P.R. 3-3 AND 3-4

Pursuant to P.R. 3-3, P.R. 3-4, the Court's May 23, 2007 Order (Docket No. 19), and the Court's July 20, 2007 Order (Docket No. 32), Defendant Idearc Media Services-West Inc. hereby files this Notice to inform the Court that its P.R. 3-3 Invalidity Contentions and accompanying P.R. 3-4 document production with regards to U.S. Patent No. 5,930,474 ("the '474 Patent") were served on Plaintiff Geomas (International) Ltd. on August 22, 2007.

Dated: August 22, 2007                                   Respectfully submitted,

*/s/ Chris W. Kennerly*
Bryant C. Boren, Jr., Lead Attorney
State Bar No. 02664100
Email: bryant.c.boren@bakerbotts.com
Timothy S. Durst
State Bar No. 00786924
Email: tim.durst@bakerbotts.com
Chris Kennerly
State Bar No. 00795077
Email: chris.kennerly@bakerbotts.com
Allyson N. Ho
State Bar No. 24033667
Email: allyson.ho@bakerbotts.com
Brian J. Gaffney
State Bar No. 24032333
Email: brian.gaffney@bakerbotts.com
2001 Ross Avenue, Suite 600
Dallas, Texas 75201-2980
214.953.6500 – Voice
214.953.6503 – Facsimile

ATTORNEYS FOR IDEARC MEDIA
SERVICES-WEST INC.

## CERTIFICATE OF SERVICE

      I certify that on August 22, 2007, all counsel of record were served with a copy of this document either: (1) by the Court's Electronic Filing System, pursuant to Local Rule CV-5(a)(3)(A), if they have consented to electronic service, or (2) by electronic mail, pursuant to Local Rule CV-5(e), if they have not so consented.


      /s/ Chris W. Kennerly
      Chris W. Kennerly