IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOMAS (INTERNATIONAL) LTD.,<br>    Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 2-06-CV-475 (TJW) |
| IDEARC MEDIA SERVICES-WEST INC.<br>    Defendant | §<br>§<br>§ | |

## ORDER

Former Plaintiff Yellowone Investments's ("Yellowone) Motion (#16) for Leave to Supplement the Record Regarding Verizon Communication Inc.'s ("VCI") Motion to Dismiss is DENIED as moot. On June 27, 2007, the court entered an order (#28) dismissing Verizon Communication Inc. ("VCI") from this litigation without prejudice. The court issued another order on June 27 (#30) substituting plaintiff Geomas (International) Ltd., for plaintiff Yellowone.

 SIGNED this 30th day of August, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE