IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOMAS (INTERNATIONAL) LTD., <br> Plaintiff | § § § § | |
| v. | § § § § § | CIVIL ACTION NO. 2-06-CV-475 (TJW) |
| IDEARC MEDIA SERVICES-WEST INC. <br> Defendant | | |

## ORDER

Defendant Verizon Communication Inc.'s ("VCI") Motion to Dismiss for Lack of Personal Jurisdiction (#8) is DENIED as moot. On June 27, 2007, the court entered an order (#28) dismissing VCI from this litigation without prejudice.

SIGNED this 30th day of August, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE