Exhibit 1

**Supplemental Exhibit A – Identification of Claim Limitation in Cited References**
Note – Full name and citation for each reference is set forth in Supplemental Exhibit E.

**Supplemental Exhibit A - SuperPages**[1]

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 1.   A system which associates on-line information with geographic areas, said system comprising: | [See Body of Claim] |
| a computer network wherein a plurality of computers have access to said computer network; and | e.g., "A Quick Tour of Superpages" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| an organizer executing in said computer network, wherein said organizer is configured to receive search requests from any one of said plurality of computers, said organizer comprising: | e.g., "A Quick Tour of Superpages" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| a database of information organized into a hierarchy of geographical areas wherein entries corresponding to each one of said hierarchy of geographical areas is further organized into topics; and | e.g., "A Quick Tour of Superpages" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| a search engine in communication with said database, said search engine configured to search geographically and topically, said search engine further configured to elect one of said hierarchy of geographical areas prior to selection of a topic so as to provide a geographical search area wherein within said hierarchy of geographical areas at least one of said entries associated with a border geographical area is dynamically replicated into at least one narrower geographical area, said search engine further configure to search said topics within said selected geographical search area. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36, 28; FAY 000882-883; FAY 040726-28; FAY 040741; FAY 000289-000311, 292-293, 310-311; FAY 043804. |
| 2.   The system of claim 1, wherein said computer network so is the internet. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |

---

[1]     This supplemental chart lists only additional documents supporting the references previously provided in Idearc's Exhibit A – SuperPages chart.

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 5.    The system of claim 1, wherein said hierarchy has a structure comprising plural geographical levels into which the geographical areas are geographically categorized by size to provide a low level, one or more intermediate levels and a high level, each of the geographical levels above the lowest level encompassing a plurality of lower level geographical areas. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 6.    The system of claim 5, wherein said low level is a city, said intermediate level is a territory and said high level is a state. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 7.    The system of claim 1, wherein said geographical search area is the world. | |
| 8.    The system of claim 1, wherein said geographical search area is a continent. | |
| 9.    The system of claim 1, wherein said geographical search area is a country. | |
| 10.  The system of claim 1, wherein said geographical search area is a state. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 11.  The system of claim 1 wherein said geographical search area is a provence. | |
| 12.  The system of claim 1, wherein said geographical search area is a territory. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 13.  The system of claim 1, wherein said geographical search area is a city. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 14.  The system of claim 1, wherein said geographical search area is a point of interest. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 15.  The system of claim 1, wherein said search engine selects one of said topics associated with said geographical search area. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 16.  The system of claim 1, wherein said topics are hierarchically organized. | |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 17. The system of claim 1, wherein at least one of said entries corresponding to said geographical search area is primarily related by association with physical attributes within said geographical search area. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 18. The system of claim 1, wherein said entries comprises a plurality of data records wherein each of said data records is associated with at least one of said topics and at least one of said geographical areas. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 19. The system of claim 18, wherein said plurality of data records contains information about a plurality of institutions or enterprises. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 20. A machine for locating information organized into geographically-based areas, said machine comprising: | [See Body of Claim] |
| a database of information accessible b a computer, said database of information organized into a predetermine hierarchy of geographical areas comprising at least a geographical area of relatively smaller expanse and a geographical area of relatively larger expanse, said area of larger expanse including a plurality of areas of smaller expanse and wherein entries corresponding to each of said hierarchy of geographical area is further organized into topics; and | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| a search engine executing in a computer and in communication with said database, said search engine configured to select at least one geographical area in said hierarchy of geographical areas so as to define a geographical search area wherein at least one of said entries in said geographical area of relatively larger expanse is dynamically replicated into at least one of said geographical areas of smaller expanse, said search engine further configured to search said topics within said geographical search area. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36, 28; FAY 000882-883; FAY 040726-28; FAY 040741; FAY 000289-000311, 292-293, 310-311; FAY 043804. |
| 22. The machine of claim 20, wherein said search engine displays a list of said geographical areas when one of said requests directs said search engine to access said database. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 23. The machine of claim 20, wherein at least one of said entries corresponding to said geographical search area are primarily associated with physical attributes within said geographical search area. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 24. The machine of claim 20, wherein said entries comprise data records wherein each of said data records is associated with at least one of said topics. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 25. The machine claim 24, wherein each of said data records contains information about a particular institution or enterprise. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 26. A system for organizing on-line information into geographically-based areas, said system comprising: | [See Body of Claim] |
| a user computer for accessing information in a computer network; and | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| organizer means for processing requests received from said user computer, said organizer comprising: | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| a database of information organized into a predefined hierarchy of geographical areas, wherein entries corresponding to each of said geographical areas is further organized into topics; and | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| search engine means for selecting one of said geographical areas wherein at least one of said entries associated with a broader geographical area is dynamically replicated into a narrower geographical area, said search engine means also comprising means for searching said topics associated with said geographical search area. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36, 28; FAY 000882-883; FAY 040726-28; FAY 040741; FAY 000289-000311, 292-293, 310-311; FAY 043804. |
| 27. The system of claim 26 wherein said entries comprise data records wherein said data records are associated with said topics and wherein said data records contain information about institutions or enterprises. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 28. The system of claim 26 wherein said database of information further contains a plurality of display formats, wherein each of said display formats specify a display format. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36. |
| 29. The system of claim 28 further comprising a display page composer means for merging said information in said data records with one of said display formats to generate a display page which is communicated to said user computer. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36. |
| 30. The system of claim 29 wherein said display page composer means varies the layout of said display page based on the content of said information in said data records. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36. |
| 31. A method for locating on line information comprising the steps of: | [See Body of Claim] |
| organizing a database of on-line information into a plurality of geographical areas, said geographical | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| areas having a plurality of entries associated therewith; | |
| organizing said entries corresponding to said plurality of geographical areas into one or ore topics; | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| so directing a search engine executing in a computer to select one or more of said geographical areas so as to select a geographical search area; | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| dynamically replicating an entry from broader geographical area into said geographical search area; and | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36, 28; FAY 000882-883; FAY 040726-28; FAY 040741; FAY 000289-000311, 292-293, 310-311; FAY 043804. |
| displaying said topics associated with said geographical search area. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 32. The method of claim 31 wherein said geographical areas are hierarchically organized. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 34. The method of claim 31 further comprising the step of directing said search engine to maneuver among said topics associated with said geographical search area. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36. |
| 35. The method of claim 31 wherein said topics are hierarchically organized. | |
| 36. The method of claim 31 herein said entries comprise data records containing information about institutions or enterprises, wherein each of said data records is associated with at least one of said topics. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 37. The method of claim 36 further comprising the step of directing said search engine to select one of said topics associated with said geographical search area. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |
| 38. The method of claim 37 further comprising the step of displaying said data | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| records associated with said selected topic. | 1796561; IDEARC 1796624-36; FAY 043804. |
| 39. The method of claim 36 wherein at least one of said entries corresponding to said geographical search area are primarily related by association with physical attributes within said geographical search area. | e.g., "*A Quick Tour of Superpages*" DVD IDEARC 0002694, IDEARC 1796556-59; IDEARC 1796561; IDEARC 1796624-36; FAY 043804. |

**Supplemental Exhibit A – Identification of Claim Limitation in Cited References**
Note – Full name and citation for each reference is set forth in Supplemental Exhibit E.

**Supplemental Exhibit A – NYNEX System[1]**

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 1.   A system which associates on-line information with geographic areas, said system comprising: | [See Body of Claim] |
| a computer network wherein a plurality of computers have access to said computer network; and | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43, 40; IDEARC1794649-60, 57-59; FAY 000231-32; FAY 000024-60. |
| an organizer executing in said computer network, wherein said organizer is configured to receive search requests from any one of said plurality of computers, said organizer comprising: | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43, 40; IDEARC1794649-60, 57-59; FAY 000231-32; FAY 000024-60. |
| a database of information organized into a hierarchy of geographical areas wherein entries corresponding to each one of said hierarchy of geographical areas is further organized into topics; and | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43, 40; IDEARC1794649-60, 57-59; FAY 000231-32; FAY 000024-60. |
| a search engine in communication with said database, said search engine configured to search geographically and topically, said search engine further configured to elect one of said hierarchy of geographical areas prior to selection of a topic so as to provide a geographical search area wherein within said hierarchy of geographical areas at least one of said entries associated with a border geographical area is dynamically replicated into at least one narrower geographical area, said search engine further configure to search said topics within said selected geographical search area. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43, 40; IDEARC1794649-60, 57-59; FAY 000231-32; FAY 000024-60. |

---

[1]      This supplemental chart lists only additional documents supporting the references previously provided in Idearc's Exhibit A – Nynex chart.

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 2.   The system of claim 1, wherein said computer network is the internet. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 5.   The system of claim 1, wherein said hierarchy has a structure comprising plural geographical levels into which the geographical areas are geographically categorized by size to provide a low level, one or more intermediate levels and a high level, each of the geographical levels above the lowest level encompassing a plurality of lower level geographical areas. | IDEARC1906809; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 6.   The system of claim 5, wherein said low level is a city, said intermediate level is a territory and said high level is a state. | IDEARC1906809; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 7.   The system of claim 1, wherein said geographical search area is the world. | |
| 8.   The system of claim 1, wherein said geographical search area is a continent. | |
| 9.   The system of claim 1, wherein said geographical search area is a country. | FAY 000231-32; FAY 000024-60. |
| 10. The system of claim 1, wherein said geographical search area is a state. | IDEARC1906809; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 11. The system of claim 1 wherein said geographical search area is a provence. | |
| 12. The system of claim 1, wherein said geographical search area is a territory. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 13. The system of claim 1, wherein said geographical search area is a city. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 14. The system of claim 1, wherein said geographical search area is a point of interest. | e.g, IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 15. The system of claim 1, wherein said search engine selects one of said topics associated with said geographical search area. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 16. The system of claim 1, wherein said topics are hierarchically organized. | FAY 000231-32; FAY 000024-60. |
| 17. The system of claim 1, wherein at least one of said entries corresponding to said geographical search area is primarily related by association with physical attributes within said geographical search area. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 18. The system of claim 1, wherein said entries comprises a plurality of data records wherein each of said data records is associated with at least one of said topics and at least one of said geographical areas. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 19. The system of claim 18, wherein said plurality of data records contains information about a plurality of institutions or enterprises. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 20. A machine for locating information organized into geographically-based areas, said machine comprising: | [See Body of Claim] |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| a database of information accessible b a computer, said database of information organized into a predetermine hierarchy of geographical areas comprising at least a geographical area of relatively smaller expanse and a geographical area of relatively larger expanse, said area of larger expanse including a plurality of areas of smaller expanse and wherein entries corresponding to each of said hierarchy of geographical area is further organized into topics; and | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60, 57-59; FAY 000231-32; FAY 000024-60. |
| a search engine executing in a computer and in communication with said database, said search engine configured to select at least one geographical area in said hierarchy of geographical areas so as to define a geographical search area wherein at least one of said entries in said geographical area of relatively larger expanse is dynamically replicated into at least one of said geographical areas of smaller expanse, said search engine further configured to search said topics within said geographical search area. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 22. The machine of claim 20, wherein said search engine displays a list of said geographical areas when one of said requests directs said search engine to access said database. | FAY 000231-32; FAY 000024-60. |
| 23. The machine of claim 20, wherein at least one of said entries corresponding to said geographical search area are primarily associated with physical attributes within said geographical search area. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 24. The machine of claim 20, wherein said entries comprise data records wherein each of said data records is associated with at least one of said topics. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 25. The machine claim 24, wherein each of said data records contains information about a particular institution or enterprise. | IDEARC1906809; IDEARC1906831-32; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 26. A system for organizing on-line information into geographically-based areas, said system comprising: | [See Body of Claim] |
| a user computer for accessing information in a computer network; and | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| organizer means for processing requests received from said user computer, said organizer comprising: | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| a database of information organized into a predefined hierarchy of geographical areas, wherein entries corresponding to each of said geographical areas is further organized into topics; and | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| search engine means for selecting one of said geographical areas wherein at least one of said entries associated with a broader geographical area is dynamically replicated into a narrower geographical area, said search engine means also comprising means for searching said topics associated with said geographical search area. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 27. The system of claim 26 wherein said entries comprise data records wherein said data records are associated with said topics and wherein said data records contain information about institutions or enterprises. | IDEARC1906809; IDEARC1906831-32; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 28. The system of claim 26 wherein said database of information further contains a plurality of display formats, wherein each of said display formats specify a display format. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 29. The system of claim 28 further comprising a display page composer means for merging said information in said data records with one of said display formats to generate a display page which is communicated to said user computer. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 30. The system of claim 29 wherein said display page composer means varies the layout of said display page based on the content of said information in said data records. | IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 31. A method for locating on line information comprising the steps of: | [See Body of Claim] |
| organizing a database of on-line information into a plurality of geographical areas, said geographical areas having a plurality of entries associated therewith; | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| organizing said entries corresponding to said plurality of geographical areas into one or ore topics; | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| directing a search engine executing in a computer to select one or more of said geographical areas so as to select a geographical search area; | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| dynamically replicating an entry from broader geographical area into said geographical search area; and | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| displaying said topics associated with said geographical search area. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 32. The method of claim 31 wherein said geographical areas are hierarchically organized. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 34. The method of claim 31 further comprising the step of directing said search engine to maneuver among said topics associated with said geographical search area. | FAY 000231-32; FAY 000024-60. |
| 35. The method of claim 31 wherein said topics are hierarchically organized. | FAY 000231-32; FAY 000024-60. |
| 36. The method of claim 31 herein said entries comprise data records containing information about institutions or enterprises, wherein each of said data records is associated with at least one of said topics. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 37. The method of claim 36 further comprising the step of directing said search engine to select one of said topics associated with said geographical search area. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 38. The method of claim 37 further comprising the step of displaying said data records associated with said selected topic. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |
| 39. The method of claim 36 wherein at least one of said entries corresponding to said geographical search area are primarily related by association with physical attributes within said geographical search area. | IDEARC1906809; IDEARC1906831-32; IDEARC1906839-43 at 40; IDEARC1794649-60 at 57-59; FAY 000231-32; FAY 000024-60. |

**Supplemental Exhibit A – Identification of Claim Limitation in Cited References**
Note – Full name and citation for each reference is set forth in Supplemental Exhibit E.

**Supplemental Exhibit A - Yahoo System**

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 1.   A system which associates on-line information with geographic areas, said system comprising: | [See Body of Claim] |
| a computer network wherein a plurality of computers have access to said computer network; and | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| an organizer executing in said computer network, wherein said organizer is configured to receive search requests from any one of said plurality of computers, said organizer comprising: | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| a database of information organized into a hierarchy of geographical areas wherein entries corresponding to each one of said hierarchy of geographical areas is further organized into topics; and | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| a search engine in communication with said database, said search engine configured to search geographically and topically, said search engine further configured to elect one of said hierarchy of geographical areas prior to selection of a topic so as to provide a geographical search area wherein within said hierarchy of geographical areas at least one of said entries associated with a border geographical area is dynamically replicated into at least one narrower geographical area, said search engine further configure to search said topics within said selected geographical search area. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 2.   The system of claim 1, wherein said computer network so is the internet. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 5.   The system of claim 1, wherein said hierarchy has a structure comprising plural geographical levels into which the geographical areas are geographically categorized by size to provide a low level, one or more intermediate levels and a high level, each of the geographical levels above the lowest level encompassing a plurality of lower level geographical areas. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 6.   The system of claim 5, wherein said low level is a city, said intermediate level is a territory and said high level is a state. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 7.   The system of claim 1, wherein said geographical search area is the world. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 8.   The system of claim 1, wherein said geographical search area is a continent. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 9.   The system of claim 1, wherein said geographical search area is a country. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 10. The system of claim 1, wherein said geographical search area is a state. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 11. The system of claim 1 wherein said geographical search area is a provence. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 12. The system of claim 1, wherein said geographical search area is a territory. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 13. The system of claim 1, wherein said geographical search area is a city. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 14. The system of claim 1, wherein said geographical search area is a point of interest. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 15. The system of claim 1, wherein said search engine selects one of said topics associated with said geographical search area. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 16. The system of claim 1, wherein said topics are hierarchically organized. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 17. The system of claim 1, wherein at least one of said entries corresponding to said geographical search area is primarily related by association with physical attributes within said geographical search area. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 18. The system of claim 1, wherein said entries comprises a plurality of data records wherein each of said data records is associated with at least one of said topics and at least one of said geographical areas. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 19. The system of claim 18, wherein said plurality of data records contains information about a plurality of institutions or enterprises. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 20. A machine for locating information organized into geographically-based areas, said machine comprising: | [See Body of Claim] |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| a database of information accessible b a computer, said database of information organized into a predetermine hierarchy of geographical areas comprising at least a geographical area of relatively smaller expanse and a geographical area of relatively larger expanse, said area of larger expanse including a plurality of areas of smaller expanse and wherein entries corresponding to each of said hierarchy of geographical area is further organized into topics; and | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| a search engine executing in a computer and in communication with said database, said search engine configured to select at least one geographical area in said hierarchy of geographical areas so as to define a geographical search area wherein at least one of said entries in said geographical area of relatively larger expanse is dynamically replicated into at least one of said geographical areas of smaller expanse, said search engine further configured to search said topics within said geographical search area. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 22. The machine of claim 20, wherein said search engine displays a list of said geographical areas when one of said requests directs said search engine to access said database. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 23. The machine of claim 20, wherein at least one of said entries corresponding to said geographical search area are primarily associated with physical attributes within said geographical search area. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 24. The machine of claim 20, wherein said entries comprise data records wherein each of said data records is associated with at least one of said topics. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 25. The machine claim 24, wherein each of said data records contains information about a particular institution or enterprise. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 26. A system for organizing on-line information into geographically-based areas, said system comprising: | [See Body of Claim] |
| a user computer for accessing information in a computer network; and | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| organizer means for processing requests received from said user computer, said organizer comprising: | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| a database of information organized into a predefined hierarchy of geographical areas, wherein entries corresponding to each of said geographical areas is further organized into topics; and | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| search engine means for selecting one of said geographical areas wherein at least one of said entries associated with a broader geographical area is dynamically replicated into a narrower geographical area, said search engine means also comprising means for searching said topics associated with said geographical search area. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 27. The system of claim 26 wherein said entries comprise data records wherein said data records are associated with said topics and wherein said data records contain information about institutions or enterprises. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 28. The system of claim 26 wherein said database of information further contains a plurality of display formats, wherein each of said display formats specify a display format. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 29. The system of claim 28 further comprising a display page composer means for merging said information in said data records with one of said display formats to generate a display page which is communicated to said user computer. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 30. The system of claim 29 wherein said display page composer means varies the layout of said display page based on the content of said information in said data records. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 31. A method for locating on line information comprising the steps of: | [See Body of Claim] |
| organizing a database of on-line information into a plurality of geographical areas, said geographical areas having a plurality of entries associated therewith; | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| organizing said entries corresponding to said plurality of geographical areas into one or ore topics; | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| directing a search engine executing in a computer to select one or more of said geographical areas so as to select a geographical search area; | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| dynamically replicating an entry from broader geographical area into said geographical search area; and | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| displaying said topics associated with said geographical search area. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 32. The method of claim 31 wherein said geographical areas are hierarchically organized. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |

| U.S. PATENT NO. 5,930,474 | PRIOR ART |
|---|---|
| 34. The method of claim 31 further comprising the step of directing said search engine to maneuver among said topics associated with said geographical search area. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 35. The method of claim 31 wherein said topics are hierarchically organized. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 36. The method of claim 31 herein said entries comprise data records containing information about institutions or enterprises, wherein each of said data records is associated with at least one of said topics. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 37. The method of claim 36 further comprising the step of directing said search engine to select one of said topics associated with said geographical search area. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 38. The method of claim 37 further comprising the step of displaying said data records associated with said selected topic. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |
| 39. The method of claim 36 wherein at least one of said entries corresponding to said geographical search area are primarily related by association with physical attributes within said geographical search area. | Yahoo System - based on information and belief; e.g. Yahoo Unplugged, pp. 321-350 (GEO 014768-GEO 014797); Yahoo Unplugged CD, GEO 012016; IDEARC 0001630-60. |