# Exhibit 2

**Supplemental Exhibit B - Anticipatory References Listed In Exhibit A[1]**

| Abbreviated Name | Full Name |
|---|---|
| SuperPages | GTE Directories, *Summary: New Interactive business directories on World Wide Web offer powerful tool for both consumers and businesses.*, April 29, 1996. IDEARC1796556-59. (Horn Document) |
| | GTE Directories, *GTE SuperPages[sm] Interactive Directory Service (http://superpages.GTE.net)*. IDEARC1796561. (Horn Document) |
| | GTE Superpages, *Soon, your company will rely on the Internet . . . As much as it relies on these.* IDEARC1796624-36. (Horn Document) |
| | David Fay, *SuperPages II Research Proposal - Draft v. 1*, March 27, 1995. FAY 040726 - 28  (Fay Document) |
| | David Fay, *Location Proposal*, April 28, 1995. FAY 000882 - 883.  (Fay Document) |
| | David Fay, *Scoping Proposal*, May 10, 1995. FAY 040741 (Fay Document) |
| | Screenshot of SuperPages Prototype, 1995. FAY 043804 |
| | David Fay, et al., GTE Laboratories Role in the Initial Internet Directory Development, July 12, 1995. FAY 000289 - 311. |
| NYNEX System | BusinessWeek Now, *Your Fingers Can Do the Walking at a Keyboard,* March 2, 1992, edited by Paul M. Eng,. IDEARC1906809.  (Snow Document) |
| | The New York Times, *Taking In the Sites; Fast-Scrolling Yellow Pages*, October 23, 1995. IDEARC1906831-32. (Snow Document) |
| | DATABASE Magazine, *Internet Ready Reference Resources*, 1996. IDEARC1906839-43. (Snow Document) |
| | NYNEX Interactive Yellow Pages Promotional Materials, IDEARC1794649-60. (Horn Document) |

---

[1] This supplemental chart lists only additional documents supporting the references previously provided in Idearc's Exhibit B chart.

SUPPLEMENTAL EXHIBIT B TO IDEARC'S INVALIDITY CONTENTIONS -                    Page 1

| Abbreviated Name | Full Name |
|---|---|
|  | Email from David Fay re: NYNEX Interactive Yellow Pages, October 4, 1995.  FAY 000231-32. (Fay Document) |
|  | NYNEX Interactive Yellow Pages Presentation, March 30, 1995.  FAY 000024-60.  (Fay Document) |
| Yahoo! System | David Filo & Jerry Yang, Yahoo! Unplugged, Your Discovery Guide to the Web, 1995.  GEO 014408-965.  (Produced by Plaintiffs) |
|  | Yahoo! Unplugged CD. GEO 012016. (Produced by Plaintiffs) |
|  | Mark Brown, Using Netscape 2, 1995.  IDEARC 0001630-57 (Included in Prosecution History). |
|  | Screen shots of Yahoo! Internet Directory, 1994-98.  IDEARC 0001658-60. (Included in Prosecution History) |