# Exhibit 3

**Supplemental Exhibit E – Name, Citation, and Circumstances for Exhibit A References[1]**

| Abbreviated Name | Full Name |
|---|---|
| SuperPages | GTE, a predecessor in interest to Idearc, invented and developed the SuperPages System as reflected in the documents produced by Idearc, David Fay, and Deverix Horn. Early in 1991, GTE began researching and developing ways to make Yellow Page information available through various electronic media, including over a network.  By October 1992, GTE had developed several prototypes of different ways to make the Yellow Page information available through at least six types of electronic media, including a Personal Computer ("PC") that could be connected to a remote database.  GTE continued researching and developing these electronic media resulting in the development of Internet based prototypes in 1994 and 1995.  By January 1996, GTE launched the SuperPages.com website that was supported by the SuperPages System.  GTE continued researching and developing additional features for the SuperPages System.  David Fay, a former GTE employee, was involved in the early research and development of the SuperPages System. |
|  | GTE also began developing a business case for placing the Yellow Pages information into electronic media in 1993 and approved the commercialization of the SuperPages System in July 1995.  Deverix Horn, a former GTE employee, was involved in analyzing and developing the business case for the SuperPages System. |
|  | GTE Directories, *Summary: New Interactive business directories on World Wide Web offer powerful tool for both consumers and businesses.*, April 29, 1996.  IDEARC1796556-59.  (Horn Document) |
|  | GTE Directories, *GTE SuperPages[sm] Interactive Directory Service (http://superpages.GTE.net)*.  IDEARC1796561. (Horn Document) |
|  | GTE Superpages, *Soon, your company will rely on the Internet . . . As much as it relies on these.*  IDEARC1796624-36.  (Horn Document) |
|  | David Fay, *SuperPages II Research Proposal - Draft v. 1*, |

---

[1] This supplemental chart lists only additional documents supporting the references previously provided in Idearc's Exhibit E chart.

| Abbreviated Name | Full Name |
|---|---|
| | March 27, 1995.  FAY 040726 - 28  (Fay Document) |
| | David Fay, *Location Proposal*, April 28, 1995. FAY 000882 - 883.  (Fay Document) |
| | David Fay, *Scoping Proposal*, May 10, 1995.  FAY 040741 (Fay Document) |
| | Screenshot of SuperPages Prototype (1995)  FAY 043804 (Fay Document) |
| | David Fay, et al., GTE Laboratories Role in the Initial Internet Directory Development (7/12/1995) FAY 000289 - FAY 000311.  (Fay Document) |
| NYNEX System | NYNEX, a predecessor in interest to Idearc, invented and developed the NYNEX System, as referenced in the documents produced by Idearc, David Fay, Deverix Horn, and Mike Snow.  In 1992 NYNEX developed and launched an electronic yellow pages directory called NYNEX Northeast Access.  The NYNEX Northeast Access system was available through a dial-up connection.  NYNEX continued researching and developing electronic Yellow Page information, and in January 1995 launched a version of the NYNEX Interactive Yellow Pages on Prodigy.  In October 1995, NYNEX launched a nationwide version of the NYNEX Interactive Yellow Pages on the Internet and offered national listings.  Development continued and in January 1996, Big Yellow, yet another evolution of the NYNEX system was launched. |
| | BusinessWeek *Now, Your Fingers Can Do the Walking at a Keyboard*, March 2, 1992, edited by Paul M. Eng. IDEARC1906809.  (Snow Document) |
| | The New York Times, *Taking In the Sites; Fast-Scrolling Yellow Pages*, October 23, 1995.  IDEARC1906831-32.  (Snow Document) |
| | DATABASE Magazine, *Internet Ready Reference Resources*, 1996.  IDEARC1906839-43.  (Snow Document) |
| | NYNEX Interactive Yellow Pages Promotional Materials (1993) IDEARC1794649-60.  (Horn Document) |

| Abbreviated Name | Full Name |
|---|---|
|  | Email from David Fay re: NYNEX Interactive Yellow Pages (10/4/1995) FAY 000231-32  (Fay Document) |
|  | NYNEX Interactive Yellow Pages Presentation (3/30/1995) FAY 000024-60  (Fay Document) |
| Yahoo! System | David Filo & Jerry Yang, Yahoo! Unplugged, Your Discovery Guide to the Web (1995)  (Produced by Plaintiffs) |
|  | Yahoo! Unplugged CD, GEO 012016; (Produced by Plaintiffs) |
|  | Mark Brown, Using Netscape 2, (1995) IDEARC 0001630-57. (Included in Prosecution History) |
|  | Screen shots of Yahoo! Internet Directory, (1994-98) (Included in Prosecution History) |